**ORIGINAL**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

**CV 10-4528**

Jozef R. Lont

        Plaintiff,

  -Against-

N.Y.C POLICE DEPARTMENT

**COMPLAINT**

FILED IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ OCT 05 2010 ★
BROOKLYN OFFICE

Jury Trial Demanded

TOWNES, J.

GOLD, M.J.

Plaintiff Jozef R. Lont, resides at 767 Union Ave.

1. Defendant- P.O. Carlos Roberts (shield # 7105), resides at 72nd Precinct
2. Defendant –P.O. Sgt. Faison, resides at 72nd Precinct
3. Defendant- P.O. "Lady Cop", resides at 72nd Precinct
4. Defendant- Highway Patrol P.O. Velez (shield # 16816), resides at 77th Precinct

The jurisdiction of the Court is invoked pursuant to Prisoner Civil Rights: "the United States Constitution prohibits "cruel and unusual punishment" [Amend. VIII] and because a federal statue, 42 U.S.C. 1983, allows the federal court to hear claims against persons acting under color of state law."

<u>Plaintiff Jozef Lont, resides at 767 Union Ave. Bronx New York, 10455. Active Auxiliary Police Officer at 41st Precinct in the Bronx</u>

Oct. 6, 07 7:00a.m. – I, Jozef Lont woke up. I did cement work almost the whole day in my backyard till about 7:00 p.m. Sometime after that Mr. Esteban asked me to take him to Brooklyn, then I told him I was going to take a shower to come back later on. Close to ten o'clock I took him to Brooklyn, when we got there he took care errands and that was a little get together for someone's birth day. While there we ate something, then when he was in the room I had a drink with the other people in the kitchen. Sometime after that we went to the cashier around 11:30p.m., and then we were heading to the Bronx. We made a left to go on the highway; Mr. Esteban was directing me on the road because I didn't know too much about Brooklyn. Around 12:30a.m. The cop car stopped behind me and the "Lady cop" started to interview me. Tired of a whole days work, driving Mr. Esteban to Brooklyn, excessive force used by Police Officer Carlos Roberts put me through that trauma and almost two and a half hours after I was arrested I started the breath analyzer test. Everything looked dark around me, my heart beat was fast, my throat and my mouth were dry, and I had to go to the bathroom badly. That's the condition in which I started the breath analyzer test. Officer Velez made me go through so much exercises that I thought I was going to faint so much blowing that I was hyperventilating. After the falsification of the reading I was shocked, I couldn't believe my eyes. I figured that all the time the tapes will the truth what really happened in that room. But the video tape that he sent for the jury had a lot of cuts; he put the two machines together on the tape making believe that I was playing games in the first part of the first machine. In the later part of the first machine I blew in right, which is why the machine gave the reading.

Date



RECEIVED
OCT 05 2010
PRO SE OFFICE

Sign Your Name

646-600-2157
Telephone Number

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

Jozef R. Lont

         Plaintiff,                    **COMPLAINT**

  -Against-

N.Y.C POLICE DEPARTMENT            **Jury Trial Demanded**

Plaintiff Jozef R. Lont, resides at <u>767 Union Ave.</u>

1. Defendant- P.O. Carlos Roberts (shield # 7105), resides at 72nd Precinct
2. Defendant –P.O. Sgt. Faison, resides at 72nd Precinct
3. Defendant- P.O. "Lady Cop", resides at 72nd Precinct
4. Defendant- Highway Patrol P.O. Velez (shield # 16816), resides at 77th Precinct

The jurisdiction of the Court is invoked pursuant to Prisoner Civil Rights: "the United States Constitution prohibits "cruel and unusual punishment" [Amend. VIII] and because a federal statue, 42 U.S.C. 1983, allows the federal court to hear claims against persons acting under color of state law."

<u>Plaintiff Jozef Lont, resides at 767 Union Ave. Bronx New York, 10455. Active Auxiliary Police Officer at 41st Precinct in the Bronx</u>

The truth is that the first machine was working properly the second machine is when he falsificated it on the second machine. In reality two machines were used, where he falsificated the evidence that he presented in court, to the jury. That's why I'm pleading on the federal act that the original tape be released in its entirety, to prove how they framed me. Leaving the breath analyzing unit Officer Carlos Roberts pushed me for the second time that is when, injury occurred in both of my upper arms and in the wrists area. Which injuries still exists in my wrists and deltoids as today October 1, 2010. When we arrived at the 72nd precinct that morning, Officer Faison wrote me in the Police book that we came back. Officer Carlos Roberts took me to the cell. As he started to grind his teeth, he pushed me again, causing more pain and more damages to the affected areas. The next morning they took me to central booking with two more prisoners, we were all placed in the back seat of one cop car. There was no room, my body took up more than half the back seat, my hands were numb and I didn't know what way to turn, I was running out of breath and inside was very hot, I was fainting so I asked the officer to open the back window a little bit so I can get some air. Thank God he did otherwise I would've fainted. When we arrived to central booking they wanted me to get out at the curb side, I couldn't move nowhere so they the two prisoners to get out on the left side so I could have more space to get out. Both of my shoes were stuck under the right front seat, so I lay down on the chair and tried to pull my right feet out. I had to do all kinds of maneuvers, doing that my right knee snapped and then my right ankle snapped as well, when I took my right leg out of the car, my left ankle too when I finally got out of the car. So I had to stay

Date                                                            Sign Your Name

                                                                     646-600-2157

                                                                     Telephone Number

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

Jozef R. Lont



                    Plaintiff,                               **COMPLAINT**

    -Against-

N.Y.C POLICE DEPARTMENT                        **Jury Trial Demanded**

Plaintiff  Jozef R. Lont, resides at 767 Union Ave.



1. Defendant- P.O. Carlos Roberts (shield # 7105), resides at 72nd Precinct
2. Defendant –P.O. Sgt. Faison, resides at 72nd Precinct
3. Defendant- P.O. "Lady Cop", resides at 72nd Precinct
4. Defendant- Highway Patrol P.O. Velez (shield # 16816), resides at 77th Precinct

The jurisdiction of the Court is invoked pursuant to Prisoner Civil Rights: "the United States Consitution prohibits "cruel and unusual punishment" [Amend. VIII] and because a federal statue, 42 U.S.C. 1983, allows the federal court to hear claims against persons acting under color of state law."

P.O. Carlos Roberts – Date 10/07/2007 at 12:25 A.M.

I, Jozef Lont driving- crossing 47th street in Third Avenue Brooklyn the street was partially barricaded, they were fixing the highway on top. The light changed from yellow to red, I got out the box, saw the police car, parked at the right as soon as I got out of the box, they put on their lights. I drove at the middle of the block and stopped. I figured if it is for me they will stop behind me, if not for me they will drive by, so they stopped behind my car.

The lady cop was the driver- she came to the driver's window. Officer P.O. Carlos Roberts went to the passenger's side, in the mean time the lady cop asked me for my driver's license, one moment later officer Carlos Roberts came by her left side, she asked me where I was going. I told her that I'm an auxiliary police officer with the 41 precinct and that I'm going to the Bronx, and then she repeated what said. So twice did Officer Carlos Robert heard that statement (my reason to get them at ease because I'm on their side), after she repeated what I said she further told me to get out of the car and to stand in front of it.

I checked my side mirror- open my doors slowly, stand up. At my left side the lady cop was standing next to the back bumper and Officer Carlos Roberts was about four feet from her left side. Officer Carlos Roberts was in an "attack position" and his right hand on his gun, was looking very tense, so I said " Hello Officer", then he showed my his teeth (sort of grinning). Then I walked (in doing a right face) as I lifted my right feet to walk to the front of the car. As I was heading towards the front of the car, officer Carlos Roberts had pushed me with a strong force and I was traveling fast as my upper body was going down towards the ground. That's when I realized where I was going and pushed my head and my shoulders up not to fall down. The fifth time I pushed very hard up and jumped upwards and turned 180 degrees to regain my balance. I landed on my strong right leg ready to continue walking in the front of the car.



Sign Your Name

646-000-2157
Telephone Number

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

Jozef R. Lont

                Plaintiff,                                                  **COMPLAINT**

    -Against-

N.Y.C POLICE DEPARTMENT                                  **Jury Trial Demanded**

Plaintiff   Jozef R. Lont, resides at 767 Union Ave.

1. Defendant- P.O. Carlos Roberts (shield # 7105), resides at 72nd Precinct
2. Defendant –P.O. Sgt. Faison, resides at 72nd Precinct
3. Defendant- P.O. "Lady Cop", resides at 72nd Precinct
4. Defendant- Highway Patrol P.O. Velez (shield # 16816), resides at 77th Precinct

The jurisdiction of the Court is invoked pursuant to Prisoner Civil Rights: "the United States Constitution prohibits "cruel and unusual punishment" [Amend. VIII] and because a federal statue, 42 U.S.C. 1983, allows the federal court to hear claims against persons acting under color of state law."

P.O. Carlos Roberts – Date 10/07/2007 at 12:25 A.M.

At that moment Officer Carlos Roberts was coming up (as in a pop up position) to pop me in my chest area, so I did a fast left and a right walk to get away from him. He went back and was coming to push me in my right arm area. I took a left step and pushed my body forward, he went back again and tried to push me in my hip area, then he noticed that I started to turn around so he went back down, that's when he lost his balanced and fell backwards hitting his on the ground.

I went to the front of the car and observed the lady cop was looking at the spot where Officer Carlos Roberts pushed me the first time, and she was in shock. I also observed that the passenger Hugo Esteban was calling her and her if she saw how Officer Carlos Roberts had pushed Jozef, after awhile she said "yes", then Mr. Esteban asked her "why he had to that?" he then told her "Jozef Lont is a Police Officer just like them why he had to do that for?" in the mean time Roberts was standing next to me already and asked me "Are you a cop?" which I replied "no, I'm not a police officer but I am a auxiliary police officer with the 41 precinct in the Bronx" which I said it loud and clear. That's the time the lady cop said "I don't give a fucking shit about no fucking auxiliary police officers!" and then she pointed her left index finger at me and said "I don't give a fucking shit about you!" After, saying that she addressed Mr. Esteban and said "You stupid fucking Mexican get out of the car". Mr. Esteban while taking his seat belt off told the lady cop "I am not from Mexico, I am from Guatemala". The lady cop then said "It's the same fucking shit" In the mean time the backup came, and I took the field test, I blew the vile three times nothing came up so a white P.O. said to take me and go have more tests. At this time the lady cop screamed and told Officer Roberts arrest him. I asked why, since today there has been no answer. They took me at 12:30a.m. to the 72nd precinct. Officer Roberts put on pair of handcuffs on me, then I asked him to put two pairs and he said no, so I asked if he could open them a little bit, instead he pressed them all the way to the bone. About 7 minutes later both of my wrists look like two sausages and swollen.

Date

Sign Your Name

Telephone Number

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

Jozef R. Lont

                Plaintiff,                              **COMPLAINT**

    -Against-

N.Y.C POLICE DEPARTMENT                    **Jury Trial Demanded**

Plaintiff   Jozef R. Lont, resides at 767 Union Ave.

1. Defendant- P.O. Carlos Roberts (shield # 7105), resides at 72nd Precinct
2. Defendant –P.O. Sgt. Faison, resides at 72nd Precinct
3. Defendant- P.O. "Lady Cop", resides at 72nd Precinct
4. Defendant- Highway Patrol P.O. Velez (shield # 16816), resides at 77th Precinct

The jurisdiction of the Court is invoked pursuant to Prisoner Civil Rights: "the United States Constitution prohibits "cruel and unusual punishment" [Amend. VIII] and because a federal statue, 42 U.S.C. 1983, allows the federal court to hear claims against persons acting under color of state law."

P.O. Carlos Roberts – Date 10/07/2007 at 12:25 A.M.

12:45a.m- I was booked by P.O. Sgt. Faison, he asked me if I knew my rights, which not answer him. That was the first time I saw him, in the mean time Officer Carlos Roberts took my belongings out of my pocket and told everybody that I am an auxiliary police officer at 41 precincts and another police officer took me to my cell.

1:30 a.m.-Officer Roberts came to the cell and asked me what I was drinking, and I told him at 11:15pm I had a bud beer. Then he left.

2:30 a.m. - he came back to take me to the highway patrol to get breath test. After the breath analyzer test, around 4:00 a.m. (in the hallway between the breath analyzer room and the outside door) Officer Carlos Roberts started to grind his teeth and pushed me from the back, I had to take three fast steps forward not to fall down on my face while in one pair of handcuffs. That is when I really got hurt on my upper shoulder around the deltoid and severe pain in both of my wrists. It felt like my deltoid muscle was going to pop out.

4:15 a.m. - Without mercy he did it again at the 72nd [~~47th~~] precinct, both times I told him that I am an active auxiliary police officer with the 41 precinct in the Bronx, I am handcuffed and I'm not causing him any problems why does he have to push me? All he did was keep on grinding his teeth and not answer me.

Oct 5-2010
Date

Jozef R Lont
Sign Your Name

646-600-2157
Telephone Number

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

Jozef R. Lont

                Plaintiff,                  **COMPLAINT**

-Against-

N.Y.C POLICE DEPARTMENT                **Jury Trial Demanded**

Plaintiff Jozef R. Lont, resides at 767 Union Ave.

1. Defendant- P.O. Carlos Roberts (shield # 7105), resides at 72nd Precinct
2. Defendant –P.O. Sgt. Faison, resides at 72nd Precinct
3. Defendant- P.O. "Lady Cop", resides at 72nd Precinct
4. Defendant- Highway Patrol P.O. Velez (shield # 16816), resides at 77th Precinct

The jurisdiction of the Court is invoked pursuant to Prisoner Civil Rights: "the United States Constitution prohibits "cruel and unusual punishment" [Amend. VIII] and because a federal statue, 42 U.S.C. 1983, allows the federal court to hear claims against persons acting under color of state law."



### P.O. Sgt. Faison-resides at 72nd Precinct

1st time- saw Sgt. Faison was on Oct. 7, 07 at 12:45 a.m. in the front desk at 72nd Precinct. He was the staff sergeant at the front desk and he wrote me in, in the precinct notebook, and he asked me "Do you know your rights?" I did not answer him, I had so much pain in my wrists and I had to be standing sideways.

2- Oct., 07- 2:30 a.m. when I was taken to the breath analyzer by officer Carlos Roberts, I saw Sgt. Faison for the second time.

3- Oct.7, 07- 4:00a.m. I saw Sgt, Faison for the third time when I came back from the breath analyzer with officer Carlos Roberts.

4- Oct. 7, 07- 11:00p.m. When I came back from central booking to pick up my belongings and my auxiliary police officer shield and id, which Sgt. Faison denied me my belongings, shield and id, and told me to come back Oct.8/07 at 10:00p.m. because he is not going to call officer Carlos Roberts off his patrol. He told me that I was not going to get my cash money, nor my auxiliary police officer shield and id, that I shouldn't worry about it because I will never serve as a auxiliary police officer again. So I told me that my coordinator is a very understandable lady and that I will explain everything to her.

5- Oct.7,07- The fifth time I saw Sgt. Faison was during my trial, he came to testify under oath that on Oct. 7, 07 that he was together with officer Carlos Roberts in the passenger side. So under oath he falsificated the truth and by doing so he made "The Lady Cop" (that made racial comments to Hugo

_____                                              Sign Your Name
Date

                                                                     646-600-2157
                                                                     Telephone Number

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

Jozef R. Lont

                Plaintiff,                                   **COMPLAINT**

    -Against-

N.Y.C POLICE DEPARTMENT                            **Jury Trial Demanded**

Plaintiff   Jozef R. Lont, resides at <u>767 Union Ave.</u>

1. Defendant- P.O. Carlos Roberts (shield # 7105), resides at 72nd Precinct
2. Defendant –P.O. Sgt. Faison, resides at 72nd Precinct
3. Defendant- P.O. "Lady Cop", resides at 72nd Precinct
4. Defendant- Highway Patrol P.O. Velez (shield # 16816), resides at 77th Precinct

The jurisdiction of the Court is invoked pursuant to Prisoner Civil Rights: "the United States Constitution prohibits "cruel and unusual punishment" [Amend. VIII] and because a federal statue, 42 U.S.C. 1983, allows the federal court to hear claims against persons acting under color of state law."

<u>P.O. Sgt. Faison-resides at 72nd Precinct</u>

Esteban, Jozef Lont, and to the auxiliary police officer department) by trying to make Officer Carlos Robert's police abuse disappear. Since then I haven't seen him.

Oct 5- 2010
Date

Jozef R Lont
Sign Your Name

646-600-2157
Telephone Number
646-600-2157

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

Jozef R. Lont

                Plaintiff,                              **COMPLAINT**

  -Against-

N.Y.C POLICE DEPARTMENT                      **Jury Trial Demanded**

Plaintiff  Jozef R. Lont, resides at <u>767 Union Ave.</u>

1. Defendant- P.O. Carlos Roberts (shield # 7105), resides at 72nd Precinct
2. Defendant –P.O. Sgt. Faison, resides at 72nd Precinct
3. Defendant- P.O. "Lady Cop", resides at 72nd Precinct
4. Defendant- Highway Patrol P.O. Velez (shield # 16816), resides at 77th Precinct

The jurisdiction of the Court is invoked pursuant to Prisoner Civil Rights: "the United States Constitution prohibits "cruel and unusual punishment" [Amend. VIII] and because a federal statue, 42 U.S.C. 1983, allows the federal court to hear claims against persons acting under color of state law."

P.O. "Lady Cop", resides at 72nd Precinct

Oct. 7, 07- 12:30 a.m.- The "Lady Cop" was driving the police car, she stopped behind my car, came out and walked towards the front drivers window. She asked me if I know what happened. So I told her yes, then she asked me for my driver's license and I told her were going to the Bronx. She asked me if I was drinking, so I told her "I'm going to be honest with you, I had a beer about an hour ago", while I'm giving her my driver's license I told her I'm an auxiliary police officer and were going to the Bronx twice. She told me to turn the car off and go in front of the car. I slowly opened my door and proceeded towards in front of the car, then that when Officer Carlos Roberts popped me up, etc. When I finally got to the front of the car I observed that she was only looking to the spot where Officer Carlos Roberts popped me up. All together she must have been in shock for at least two minutes.

Mr. Hugo Esteban was calling at her asking her if she saw how the officer pushed me to the ground; after she came out of the shock she looked at Officer Carlos Roberts first then looked at me and got Mr.Estebans attention with the repeated question. She said yes that she saw it while making a circular movement with her right hand. That time she was next to the right seat opened door. Mr. Esteban asked her "why he had to do something like that?" Esteban continued saying that Jozef Lont was a police officer just like them. By this time I took a deep breath and said it loud and clearly "I am not a police officer, but I am an auxiliary police officer with 41st precinct in the Bronx". That was the time she really woke up and screaming her lungs out she said "I don't give a fucking shit about no auxiliary police officer" pointing her index finger towards me "I don't give a fucking shit about you too", then she looked at Mr. Esteban and said "You fucking stupid Mexican get out of the car". While mr. Esteban was taking his seat belt out he said "I'm not from Mexico, I'm from Guatemala". She looked at him and said "same fucking shit, get out of the car". That is when Officer Roberts told me "you are a auxiliary police officer, stay here" and he

Date                                                                         Sign Your Name

                                                                                  646-600-2157

                                                                           Telephone Number

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

Jozef R. Lont

                Plaintiff,                            **COMPLAINT**

  -Against-

N.Y.C POLICE DEPARTMENT                    **Jury Trial Demanded**

Plaintiff   Jozef R. Lont, resides at 767 Union Ave.

1. Defendant- P.O. Carlos Roberts (shield # 7105), resides at 72nd Precinct
2. Defendant –P.O. Sgt. Faison, resides at 72nd Precinct
3. Defendant- P.O. "Lady Cop", resides at 72nd Precinct
4. Defendant- Highway Patrol P.O. Velez (shield # 16816), resides at 77th Precinct

The jurisdiction of the Court is invoked pursuant to Prisoner Civil Rights: "the United States Constitution prohibits "cruel and unusual punishment" [Amend. VIII] and because a federal statue, 42 U.S.C. 1983, allows the federal court to hear claims against persons acting under color of state law."

P.O. "Lady Cop", resides at 72nd Precinct

walk around me to get Mr. Esteban out of the car. So I told Mr. Esteban in Spanish and do not make things worse, so he got out. The "Lady Cop" without asking me permission to search the car, was throwing things from the car on the floor and began searching. In the mean time I took the field test twice. After that another "Lady Police Officer" went to ask the "Lady cop" a question or told her something, then she turned around and point her index finger at me and screamed "arrest him", that is when Officer Carlos Roberts put the handcuffs on me. I asked Officer Carlos Roberts "why am I being arrested?" he never answered me, took me to the car and never read me my rights. The "Lady Cop" stayed with the car she was sitting in the front driver's seat of my car and that is the last time I saw her and that she spoke to me.

Oct 5- 2010
Date

*[signature: Jozef R Lont]*
Sign Your Name

646-600-2157
Telephone Number

646-600-2157